UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:21-CV-21973-MGC

SUNSHINE STATE HOLDINGS II, INC.,

    Plaintiff,
v.

SCOTTSDALE INSURANCE COMPANY,

    Defendant.
_____/

## ORDER

The Motion to Withdraw as Attorney of Record (D.E. 17, 11/15/21) filed by Cody S. Pflueger, Esq., attorney for Plaintiff, SUNSHINE STATE HOLDINGS II, INC., is hereby GRANTED as follows:

1. Cody S. Pflueger, Esq. shall no longer represent, nor have any responsibility to represent Plaintiff in this matter.

2. Plaintiff will continue to be represented by Jordan M. Bieber, Esq, and Weisser Elazar & Kantor, PLLC.

3. The Clerk of the Court is directed to update the docket removing attorney Cody S. Pflueger, Esq. as attorney of record.

**DONE AND ORDERED** in Chambers, in Miami-Dade County, Florida, this 16 day of November, 2021.

_____
JOHN J. O'SULLIVAN
Chief United States Magistrate Judge

CC: Counsel of Record